IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN HARPER, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-PT-0574-E |
| MS. COOK, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed supplemental findings and recommendation recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. Objections were filed by plaintiff on October 17, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the supplemental findings and recommendation and plaintiff's objections thereto, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, plaintiff's objections are OVERRULED and defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 25 day of October, 2001.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE